IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:00-CR-26-1H
No. 4:16-CV-160-H

WAYNE LADRELL WARREN, )
)
    Petitioner, )
)
)
v. )  **ORDER**
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

This matter is before the court on government's motion to dismiss, [DE #71], petitioner's motion to vacate under 28 U.S.C. § 2255, [DE #55]. The time for further filing has expired.

This matter was stayed pending the resolution of United States v. Brown, 868 F.3d 297, 298 (4th Cir. 2017), reh'g en banc denied, 891 F.3d 115 (4th Cir. 2018), cert. denied, 139 S. Ct. 14 (2018). [DE #74]. Subsequent to the Supreme Court's denial of certiorari on October 15, 2018, petitioner filed a Notice of Withdrawal of Motion to Vacate. [DE #75]. In light of Brown, the stay is hereby lifted.

Due to the unique procedural posture of this case and out of an abundance of caution, the court construes petitioner's filing as a motion to voluntarily dismiss his claims without prejudice

pursuant to Rule 41(a)(2). There being no objection, the court GRANTS petitioner's motion, [DE #75], and hereby DISMISSES WITHOUT PREJUDICE petitioner's claims against respondent. All other pending, related motions are deemed MOOT. [DE #55, #71]. The clerk is directed to close this case.

This 13th day of December 2018.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35